## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:24-CR-00247-JLT-SKO |
| **STEVEN CARTER BENNETT** | |
| Defendant. | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:   Steven Carter Bennett

Detained at   Bob Wiley Detention Facility

Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:   18 United States Code § 751(a)

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

| | |
|---|---|
| Signature: | /s/ Arelis M. Clemente |
| Printed Name & Phone No: | Arelis M. Clemente / 559-497-4041 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   1/17/2025

*Sheila K. Oberto*
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male  ☐Female | |
| Booking or CDC #: | 1498 | DOB: | 10/19/1985 |
| Facility Address: | 36712 Rd. 112, Visalia, CA 93291 | Race: | White |
| Facility Phone: | (559 )735-1700 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____

(signature)