MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CARTER BENNETT,<br><br>Defendant. | Case No. 1:24-CR-00247-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date; March 19, 2025<br>Time: 1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED between the parties that the status conference set for March 19, 2025, at 1:00 p.m. can be continued to May 7, 2025, at 1:00 p.m. The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through May 7, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: March 8, 2025

*/s/ Richard A. Beshwate Jr.*
RICHARD A. BESHWATE JR.
Counsel for Patrick Kasper


*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00247-JLT-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STEVEN CARTER BENNETT, | |
| Defendant. | |

The Defendant, Steven Carter Bennett, was arraigned on February 5, 2025. For the reasons set forth in the parties' stipulation and for good cause shown, the status conference currently scheduled for March 19, 2025, at 1:00 p.m. is hereby continued to May 7, 2025, at 1:00 p.m.

Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through May 7, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:  **March 12, 2025**        /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE