| | |
|---|---|
| 1 | MICHELE BECKWITH |
| | Acting United States Attorney |
| 2 | ARELIS M. CLEMENTE |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4041 |
| | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00247-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | Date; June 4, 2025 |
| STEVEN CARTER BENNETT, | Time: 1:00 p.m. |
| | Judge: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference set for May 7, 2025, at 1:00 p.m. can be continued to June 4, 2025, at 1:00 p.m. The government has extended a plea offer to the defendant and defense counsel indicated that the defendant intends to accept it but needs additional time to have the defendant sign it. The parties agree that time shall be excluded through June 4, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  April 30, 2025

          */s/ Richard A. Beshwate Jr.*
          RICHARD A. BESHWATE JR.
          Counsel for Patrick Kasper


          */s/ Arelis M. Clemente*
          ARELIS M. CLEMENTE
          Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00247-JLT-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STEVEN CARTER BENNETT, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for May 7, 2025, at 1:00 p.m. is hereby continued to June 4, 2025, at 1:00 p.m. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through June 4, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **May 2, 2025**               /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE