MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CARTER BENNETT,<br><br>Defendant. | Case No. 1:24-CR-00247-JLT-SKO<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE-OF-PLEA HEARING:**<br>Date; July 14, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED between the parties that the status conference set for June 4, 2025, at 1:00 p.m. can be vacated and a Change-of-Plea hearing can be set for July 14, 2025, at 9:00 a.m. before the Honorable Jennifer L. Thurston. The signed plea agreement has been filed on the docket. Dkt. 18. The parties agree that time shall be excluded through July 14, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  May 28, 2025

                                                           */s/ Richard A. Beshwate Jr.*
                                                           RICHARD A. BESHWATE JR.
                                                           Counsel for Patrick Kasper


                                                           */s/ Arelis M. Clemente*
                                                           ARELIS M. CLEMENTE
                                                           Assistant United States Attorney

MICHELE BECKWITH

Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. STEVEN CARTER BENNETT, Defendant. | Case No. 1:24-CR-00247-JLT-SKO ORDER |
|---|---|

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for June 4, 2025, at 1:00 p.m. is hereby vacated and a Change-of-Plea hearing is set for July 14, 2025, at 9:00 a.m. before the Honorable Jennifer L. Thurston. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through July 14, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: 5/29/2025

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE