```
RICHARD BESHWATE, SBN  179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00247-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| STEVEN BENNETT, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR, attorney for Defendant STEVEN BENNETT and , Assistant U.S. Attorney ARELIS CLEMENTE for the Plaintiff, that the hearing currently scheduled for October 14, 2025, at 8:30 a.m. shall be continued until December 1, 2025

The defense needs additional time to prepare for the sentencing hearing, more time is needed to gather relevant information to present to the court in support of Mr. Bennett. The parties agree that good cause exists for the continuance. The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: October 8, 2025                              Respectfully submitted,

                                                    \s\ Richard A. Beshwate, Jr.
                                                    RICHARD A. BESHWATE, JR
                                                    Attorney for Defendant,
                                                    STEVEN BENNETT


Dated: October 8, 2025                              Respectfully submitted,

                                                    \s\Arelis Clemente
                                                    Arelis Clemente
                                                    Assistant U.S. Attorney

**ORDER**

The Sentencing hearing as to the above-named defendant currently scheduled for October 14, 2025, at 8:30am be continued to December 1, 2025, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 9, 2025

_____
United States District Court Judge
Jennifer L. Thurston