**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
1330 L STREET, SUITE D
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVEN BENNETT,<br><br>        Defendant | Case No.: 1:24-cr-00247-1-JLT<br><br><br>**MOTION TO TERMINATE CJA**<br>**APPOINTMENT OF COUNSEL** |

I was appointed to represent Mr. BENNETT on or about February 11, 2025. On July 14, 2025, pursuant to a plea agreement, Mr. BENNETT entered a guilty plea.  On December 1, 2025.  Mr. BENNETT was sentenced by the Court. The time for the filing of an appeal ran on December 15, 2025 and no appeal was filed. Having completed his representation of Mr. BENNETT, CJA Attorney, Richard A. Beshwate, Jr. now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. BENNETT require further legal representation He may contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA. 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll free).  If appropriate, that office will arrange for appointment of counsel to represent him.

MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 1

March 18, 2026

/s/Richard A. Beshwate, Jr.

Richard A. Beshwate, Jr.
Attorney for Mr. BENNETT.

MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 2

**ORDER**

Since CJA counsel Richard A. Beshwate, Jr. has completed the services for which he was appointed the Court hereby grants counsel's motion to terminate his appointment as counsel for STEVEN BENNETT.

The Clerk of Court is directed to serve a copy of this order on STEVEN BENNETT, via the Bureau of Prisons, as his location is currently listed as USP Atwater, PO Box 019001, Atwater, CA 95301.

IT IS SO ORDERED.

Dated:  March 18, 2026

_____
UNITED STATES DISTRICT JUDGE
Hon. Jennifer L. Thurston

MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 3